IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 14-26760 |
| | ) | |
| LAWRENCE MIECZKOWSKI | ) | HON. DONALD R. CASSLING |
| | ) | BANKRUPTCY JUDGE |

CERTIFICATE OF SERVICE

      The undersigned certifies that she caused a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object to be served upon the parties listed on the attached Service List, by depositing a copy of same, postage prepaid, in the U.S. Mail, on this 3rd day of October, 2016, at 3400 W. Lawrence Ave., Chicago, Illinois.


                                            /s/ Brenda Porter Helms


Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)