# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                §
                                      §
LAWRENCE W MIECZKOWSKI                §         Case No. 14-26760
                                      §
         Debtor                       §
                                      §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 160,000.00                     Assets Exempt: 20,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 15,277.33      Claims Discharged
                                                 Without Payment: 150,931.14

Total Expenses of Administration: 6,543.67

---

3) Total gross receipts of $ 25,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,179.00  (see **Exhibit 2**), yielded net receipts of $ 21,821.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 101,802.85 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,543.67 | 6,543.67 | 6,543.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,000.00 | 508.13 | 508.13 | 508.13 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,583.38 | 65,272.19 | 60,457.42 | 14,769.20 |
| **TOTAL DISBURSEMENTS** | $ 144,386.23 | $ 72,323.99 | $ 67,509.22 | $ 21,821.00 |

4) This case was originally filed under chapter 7 on 07/22/2014. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/15/2017           By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 740 BROADWAY STUEBENVILLE OH | 1110-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mieczkowski, Lawrence | Exemptions | 8100-002 | 3,179.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,179.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance, LLC P.O. Box 1630 Warren, MI 48090-1630 | | 7,977.27 | NA | NA | 0.00 |
| | Briarcliff West, First Addition 25W560 Geneva Rd., Box 16 Carol Stream, IL 60188 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 24696 Columbus, OH 43224 | | 66,450.13 | NA | NA | 0.00 |
| | Illinois Department of Revenue Bankruptcy Section, Level 7-425 100 W. Randolph St. Chicago, IL 60106 | | 810.60 | NA | NA | 0.00 |
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | 17,522.73 | NA | NA | 0.00 |
| | Midland Funding LLC PO BOX 4457 Houston, TX 77210-4457 | | 9,042.12 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 101,802.85 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM PC | 2100-000 | NA | 2,932.10 | 2,932.10 | 2,932.10 |
| THE HELMS LAW FIRM PC | 2200-000 | NA | 5.58 | 5.58 | 5.58 |
| Bug Busters | 2500-000 | NA | 22.50 | 22.50 | 22.50 |
| Dean Makricostas | 2500-000 | NA | 37.50 | 37.50 | 37.50 |
| Infiniti Electrical Maintenance | 2500-000 | NA | 600.00 | 600.00 | 600.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jefferson County Auditor | 2500-000 | NA | 100.25 | 100.25 | 100.25 |
| Valerie Stromack | 2500-000 | NA | 1,042.14 | 1,042.14 | 1,042.14 |
| Associated Bank | 2600-000 | NA | 124.60 | 124.60 | 124.60 |
| Jefferson County Treasurer | 2820-000 | NA | 224.00 | 224.00 | 224.00 |
| Cain Realty | 3510-000 | NA | 873.00 | 873.00 | 873.00 |
| Harvey Goodman Realtors | 3510-000 | NA | 582.00 | 582.00 | 582.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,543.67 | $ 6,543.67 | $ 6,543.67 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section, Level 7-425 100 W. Randolph St. Chicago, IL 60106 | | 1,000.00 | NA | NA | 0.00 |
| 6 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 508.13 | 508.13 | 508.13 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,000.00 | $ 508.13 | $ 508.13 | $ 508.13 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 15123 Wilmington, DE 19850 | | 2,138.52 | NA | NA | 0.00 |
| | Chase Slate PO Box 15123 Wilmington, DE 19850 | | 301.55 | NA | NA | 0.00 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 10,020.22 | 5,205.45 | 1,289.99 |
| 10 | CAPITAL ONE BANK (USA) N.A. | 7100-000 | 486.81 | 432.91 | 432.91 | 107.28 |
| 7 | CAPITAL ONE BANK (USA) N.A. | 7100-000 | 1,954.84 | 2,031.08 | 2,031.08 | 503.33 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | CAPITAL ONE BANK (USA) N.A. | 7100-000 | 5,631.26 | 5,741.82 | 5,741.82 | 1,422.91 |
| 9 | CAPITAL ONE BANK (USA) N.A. | 7100-000 | 1,070.40 | 1,104.55 | 1,104.55 | 273.72 |
| 1 | CAVALRY SPV I, LLC | 7100-000 | NA | 8,167.18 | 8,167.18 | 2,023.95 |
| 5 | INTERNAL REVENUE SERVICE | 7100-000 | 5,000.00 | 3,544.96 | 3,544.96 | 878.49 |
| 3 | MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR | 7100-000 | NA | 2,007.97 | 2,007.97 | 497.61 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR | 7100-000 | NA | 4,180.56 | 4,180.56 | 1,036.01 |
| 11 | NAVIENT SOLUTIONS, INC. | 7100-000 | 25,000.00 | 27,181.16 | 27,181.16 | 6,735.91 |
| 6A | ILLINOIS DEPARTMENT OF REVENUE | 7300-000 | NA | 100.69 | 100.69 | 0.00 |
| 5A | INTERNAL REVENUE SERVICE | 7300-000 | NA | 759.09 | 759.09 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 41,583.38 | $ 65,272.19 | $ 60,457.42 | $ 14,769.20 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-26760 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | LAWRENCE W MIECZKOWSKI | | | | Date Filed (f) or Converted (c): | 07/22/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/19/2014 |
| For Period Ending: | 02/15/2017 | | | | Claims Bar Date: | 11/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1242 CROYDON CT WHEATON | 162,500.00 | 45,697.15 | | 0.00 | FA |
| 2. 740 BROADWAY STUEBENVILLE OH | 45,000.00 | 45,000.00 | | 25,000.00 | FA |
| Debtor co-owned property; Trustee sold Estate's interest in real property pursuuant to court order 2/5/16 [dkt. 35] | | | | | |
| 3. CHASE CHECKING ACCOUNT | 821.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL AND JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 6. PENSION PLANS AND PROFIT SHARING | 10,500.00 | 0.00 | | 0.00 | FA |
| 7. 2000 MITSUBISHI GALANT | 1,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $222,321.00    $90,697.15    $25,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/16: Trustee submitted TFR to UST on 9/30/16

Trustee sold Estate's 50 percent interest in real property.  Trustee resolved claims issues.

Trustee is pursuing sale of Ohio real estate

Initial Projected Date of Final Report (TFR): 12/31/2015    Current Projected Date of Final Report (TFR): 12/30/2016

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-26760 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: LAWRENCE W MIECZKOWSKI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3805 |
| | Checking |
| Taxpayer ID No: XX-XXX3489 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/02/16 | | Capital Funding LLC<br>3401 West St<br>Weirton WV 26062 | proceeds of sale of 740 Broadway, Steubenville OH | | $21,518.61 | | $21,518.61 |
| | | | Gross Receipts $25,000.00 | | | | |
| | | Valerie Stromack | Seller credit ($750.00) | 2500-000 | | | |
| | | Bug Busters | pest inspection ($22.50) | 2500-000 | | | |
| | | Jefferson County Auditor | Reconveyance fee ($100.25) | 2500-000 | | | |
| | | Jefferson County Treasurer | Real Estate taxes ($224.00) | 2820-000 | | | |
| | | Dean Makricostas | Title agent ($37.50) | 2500-000 | | | |
| | | Infiniti Electrical Maintenance | Electric repair ($600.00) | 2500-000 | | | |
| | | Cain Realty | realtor commission ($873.00) | 3510-000 | | | |
| | | Harvey Goodman Realtors | Real Estate commission ($582.00) | 3510-000 | | | |
| | | Valerie Stromack | credit for county real estate taxes ($292.14) | 2500-000 | | | |
| | 2 | | 740 BROADWAY $25,000.00<br>STUEBENVILLE OH | 1110-000 | | | |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.95 | $21,487.66 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.92 | $21,456.74 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.90 | $21,424.84 |

Page Subtotals: $21,518.61 $93.77

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-26760 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: LAWRENCE W MIECZKOWSKI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3805 |
| | Checking |
| Taxpayer ID No: XX-XXX3489 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $30.83 | $21,394.01 |
| 08/04/16 | 101 | Lawrence Mieczkowski | exemption | | 8100-002 | | $3,179.00 | $18,215.01 |
| 11/04/16 | 102 | BRENDA PORTER HELMS<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL  60625 | Distribution | | | | $2,937.68 | $15,277.33 |
| | | BRENDA PORTER HELMS | Final distribution representing a payment of 100.00 % per court order. | ($2,932.10) | 2100-000 | | | |
| | | BRENDA PORTER HELMS | Final distribution representing a payment of 100.00 % per court order. | ($5.58) | 2200-000 | | | |
| 11/04/16 | 103 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>chicago, Illinois  60664-0338 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | 5800-000 | | $508.13 | $14,769.20 |
| 11/04/16 | 104 | CAVALRY SPV I, LLC<br>500 SUMMIT LAKE DRIVE, STE 400<br>VALHALLA, NY 10595 | Final distribution to claim 1 representing a payment of 24.78 % per court order. | | 7100-000 | | $2,023.95 | $12,745.25 |
| 11/04/16 | 105 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>MIDLAND FUNDING LLC<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Final distribution to claim 2 representing a payment of 24.78 % per court order. | | 7100-000 | | $1,289.99 | $11,455.26 |
| 11/04/16 | 106 | MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR<br>ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN, MI 48090 | Distribution | | | | $1,533.62 | $9,921.64 |
| | | MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR | Final distribution to claim 3 representing a payment of 24.78 % per court order. | ($497.61) | 7100-000 | | | |
| | | MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR | Final distribution to claim 4 representing a payment of 24.78 % per court order. | ($1,036.01) | 7100-000 | | | |

| | | | Page Subtotals: | | | $0.00 | $11,503.20 | |

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-26760 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | LAWRENCE W MIECZKOWSKI | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3805 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3489 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/15/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/04/16 | 107 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | Final distribution to claim 5 representing a payment of 24.78 % per court order. | 7100-000 | | $878.49 | $9,043.15 |
| 11/04/16 | 108 | CAPITAL ONE BANK (USA) N.A. by American InfoSource LP as agent P.O. Box 71083 Charlotte, NC 28272-1083 | Distribution | | | $2,307.24 | $6,735.91 |
| | | CAPITAL ONE BANK (USA) N.A. | Final distribution to claim 7 representing a payment of 24.78 % per court order. ($503.33) | 7100-000 | | | |
| | | CAPITAL ONE BANK (USA) N.A. | Final distribution to claim 8 representing a payment of 24.78 % per court order. ($1,422.91) | 7100-000 | | | |
| | | CAPITAL ONE BANK (USA) N.A. | Final distribution to claim 9 representing a payment of 24.78 % per court order. ($273.72) | 7100-000 | | | |
| | | CAPITAL ONE BANK (USA) N.A. | Final distribution to claim 10 representing a payment of 24.78 % per court order. ($107.28) | 7100-000 | | | |
| 11/04/16 | 109 | NAVIENT SOLUTIONS, INC. 220 LASLEY AVE WILKES-BARRE, PA 18706 | Final distribution to claim 11 representing a payment of 24.78 % per court order. | 7100-000 | | $6,735.91 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $21,518.61 | $21,518.61 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $21,518.61 | $21,518.61 |
| Less: Payments to Debtors | $0.00 | $3,179.00 |
| Net | $21,518.61 | $18,339.61 |

Page Subtotals: $0.00    $9,921.64

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3805 - Checking | $21,518.61 | $18,339.61 | $0.00 |
| | $21,518.61 | $18,339.61 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $3,481.39 |
| Total Net Deposits: | $21,518.61 |
| Total Gross Receipts: | $25,000.00 |

Page Subtotals:    $0.00    $0.00